IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHELBY KENNETH SHULL, III,**

    **Plaintiff,**

v.                                                         CASE NO. 5:14-cv-46-RS-EMT

**MICHAEL D. CREWS, Et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the September 15, 2014, Magistrate Judge's Report and Recommendation (Doc.14). No objection to the report and recommendation has been filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Plaintiff's motion for voluntary dismissal (Doc. 13) is GRANTED and this case is **DISMISSED without prejudice**.

3. The clerk is directed to close the case.

**ORDERED** on October 14, 2014.

                                                /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**